[No. 23584-2-I. Division One. December 27, 1989.]

WASHINGTON MUTUAL SAVINGS BANK, *as Personal Representative,* ET AL, *Appellants,* v. HIGHLINE-WEST SEATTLE MENTAL HEALTH CENTER, ET AL, *Defendants,* RUBY INOUYE, ET AL, *Respondents,* ANDREW MASUNAGA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-16085-0, Michael J. Fox, J., entered

December 21, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, J., and Deierlein, J. Pro Tem.